UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| AMIN MOHAMED,<br><br>        Plaintiff,<br><br>v.<br><br>ALASKA TANKER COMPANY, LLC and KISKA ISLAND, L.L.C.,<br><br>        Defendants. | Case No. 3:24-cv-00209-YY<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

Based on the stipulation of the parties below, it is hereby

ORDERED, ADJUDGED AND DECREED that any and all claims that are alleged or could be alleged in this action are dismissed with prejudice and without fees or costs to any party.

IT IS SO ORDERED.

Dated this  16th  day of  October , 2025.

*Youlee Yim You*
The Honorable Youlee Yim You
United States Magistrate Judge

IT IS SO STIPULATED:

    SCHWABE, WILLIAMSON & WYATT, P.C.
    By:

        *s/ Noah Jarrett*
        Noah Jarrett, OSB #994484
        Colin Folawn, OSB #112298

        Elizabeth Graves, OSB #193644
        1211 SW Fifth Avenue, Suite 1900
        Portland, OR  97204
        Email:  njarrett@schwabe.com
                cfolawn@schwbe.com
                egraves@schwabe.com
Of Attorneys for Defendants

BRODSKY MICKLOW BULL & WEISS, LLP

By:
    *s/ Kurt Micklow*
    Kurt Micklow
    955 Harbor Drive, Suite 130
    San Diego, CA  92101
    Email:  kmicklow@bmbwlawfirm.com
    Of Attorneys for Plaintiff